422 A.2d 687

Commonwealth v. Ishmael, Appellant.

Submitted December 8, 1978. Stephen P. Patrizio, for appellant; Edward G. Rendell, District Attorney, for Commonwealth, appellee.

* President Judge G. THOMAS GATES of the Court of Common Pleas of Lebanon County, Pennsylvania, and Judge JOHN C. DOWLING of the Court of Common Pleas of Dauphin County, Pennsylvania, are sitting by designation.

Before CERCONE, HESTER and HOFFMAN, JJ.

Judgment of sentence affirmed.